UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN FISHER, *et al.*,

    Plaintiffs,

v.

Case No. 23-cv-10426
Hon. Matthew F. Leitman

FCA US LLC,

    Defendant.

_____/

### ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT (ECF No. 13) WITHOUT PREJUDICE AS MOOT

On February 17, 2023, Plaintiffs Brian Fisher, Eric Lee, Jerry Vanderberg, and Rachel Walkowicz filed this putative class action against Defendant FCA US, LLC ("FCA"). (*See* Compl., ECF No. 1.) Plaintiffs allege, among other things, that the "eTorque" motor systems in their FCA vehicles, which are intended to improve the Class Vehicles' fuel efficiency, suffer from a dangerous defect that causes the vehicles' engines to turn off, their transmissions to shift to "Park", and/or their emergency brakes to engage unexpectedly. (*See id.*, PageID.19) On April 21, 2023, FCA filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 13.)

On April 24, 2023, without expressing any view on the merits of the motion to dismiss, the Court entered an order granting Plaintiffs leave to file a First Amended Complaint in order to remedy the alleged deficiencies in their claims identified by FCA in its motion to dismiss. (*See* Order, ECF No. 17.)  The Court informed the parties that if Plaintiffs decided to file a First Amended Complaint, it would terminate FCA's motion to dismiss without prejudice. (*See id.*)

On May 2, 2023, Plaintiffs filed a notice with the Court that they intend to file a First Amended Complaint. (*See* Notice, ECF No. 18.)  Accordingly, because Plaintiffs will be filing a First Amended Complaint, the Court **TERMINATES** FCA's motion to dismiss (ECF No. 13) **WITHOUT PREJUDICE AS MOOT**. FCA may re-file a motion to dismiss directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  May 3, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126