UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN FISHER, *et al.*,

    Plaintiffs,

v.

Case No. 23-cv-10426
Hon. Matthew F. Leitman

FCA US LLC,

    Defendant.

_____/

### ORDER TERMINATING DEFENDANT'S MOTION TO COMPEL WITHOUT PREJUDICE (ECF No. 63)

In this putative class action, Plaintiffs bring claims against Defendant FCA US LLC ("FCA") arising out of an alleged defect in the eTorque mild hybrid system of their FCA vehicles. (*See* First Am. Compl., ECF No. 20.) On June 2, 2025, FCA filed a motion to compel the inspection of Plaintiffs' vehicles. (*See* Mot., ECF No. 63.)

Following the filing of FCA's motion, the parties informed the Court that they have settled their dispute. Accordingly, FCA's motion to compel is now moot. The Court therefore **TERMINATES** FCA's motion without prejudice.

    **IT IS SO ORDERED**.

Dated: December 3, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan  
                                          Case Manager  
                                          (313) 234-5126