UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRIAN FISHER, et al.,

    Plaintiffs,

v.

FCA US LLC,

    Defendant.

Case No. 2:23-cv-10426
Hon. Matthew F. Leitman

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this case is dismissed in its entirety with prejudice and without any court award of costs or fees to any party.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 28, 2026

1

Dated: January 27, 2026

*Stipulated by and between:*

| **THE MILLER LAW FIRM, P.C.** | **KLEIN THOMAS LEE & FRESARD** |
|---|---|

 */s/ Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
950 W. Univ. Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

**BEASLEY ALLEN LAW FIRM**

W. Daniel "Dee" Miles, III
H. Clay Barnett, III
J. Mitch Williams
Dylan T. Martin
272 Commerce St.
Montgomery, Alabama 36104
Tel: (334) 269-2343
dee.miles@beasleyallen.com
clay.barnett@beasleyallen.com
mitch.williams@beasleyallen.com
dylan.martin@beasleyallen.com

**LIEFF CABRASER HEIMANN & BERNSTEIN**

Mark P. Chalos
Hannah Lazarz
222 2nd Ave. S., Ste. 1640
Nashville, Tennessee 37201
Tel: (615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com

 */s/ Stephan A. D'Aunoy (w/consent)*
Stephen A. D'Aunoy (MO/54961)
Scott H. Morgan (MO/61853)
100 N. Broadway, Ste. 1600
St. Louis, Missouri 63102
Tel: (314) 888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400
Troy, Michigan 48084
Tel: (602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

**NEWSOM LAW PLC**

Patrick Newsom
40 Music Square E.
Nashville, Tennessee 37203
Tel: (615) 251-9500
patrick@newsom.law

*Counsel for Plaintiffs*